2d 14, 222 N.E. 2d 255.) Our review of the record discloses that defendant's petition was not timely filed, and thus, the trial court did not abuse its discretion in refusing the same.

Order affirmed.

DEMPSEY and McNAMARA, JJ., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* KEVIN PATTERSON (Impleaded), Defendant-Appellant.

(No. 56799;

First District—November 30, 1972.

Opinion by Mr. JUSTICE BURKE.

Gerald W. Getty, Public Defender, of Chicago, (Shelvin Singer and James J. Doherty, Assistant Public Defenders, of counsel,) for appellant.

William J. Scott, Attorney General, of Springfield, and Edward V. Hanrahan, State's Attorney, of Chicago, (James B. Zagel, Assistant Attorney General, and Robert A. Novelle and James R. Truschke, Assistant State's Attorneys, of counsel,) for the People.